

Licensed Real Estate Broker
**Frederick C. Meyer**



NOV 0 6 2007

10 Sagamore Road•Hampton Bays•New York •11946  (631) 728-8775
Facsimile   (631) 728-7383

November 2, 2007

Andrew J. Campanelli, Esq.
Perry & Campanelli, LLP
125 Front Street
Mineola, New York 11501

**RE: Hampton Bays Connections, Inc., et. al, v. Duffy, et. al.
Index No. CV-99 7029**

Dear Sir:

I consider your attempt to silence me with a threat to be a stretch, but one of which Judge Spatt should be aware.

I am functioning as a licensed real estate broker and do not represent any party to your litigation as an attorney.

I have read the Stipulation entered into by the respective parties and note that your clients agreed to exercise its best efforts to negotiate a right of way. I then note false statements included in reports from engineers commissioned by your clients and newspaper articles purported to be based upon representatives of your clients, all seeming to show "good faith" negotiations. I think it is important that Judge Spatt know that these statements are not true. I'm curious about your motivation in attempting by threat to suppress the truth.

Cordially,

Frederick C. Meyer, Esq.

FCM:mnt

cc: Honorable Arthur D. Spatt